|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 28 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>STACEY JOHNSON, Supervising Counselor at C.S.A.T.F.,<br><br>    Defendant-Appellee,<br><br> and<br><br>JEAN LEFLORE; et al.,<br><br>    Defendants. | No. 20-15020<br><br>D.C. No.<br>1:15-cv-00026-LJO-SAB<br>Eastern District of California, Fresno<br><br>ORDER |

Before: PAEZ, M. SMITH, and N.R. SMITH, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Simons v. United States*, 497 F.2d 1046, 1050 (9th Cir. 1974) (denial of summary judgment is not immediately reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

  **DISMISSED.**

MF/Pro Se